UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| WILLIAM KEITH, | No. 2:15-cv-1498 WBS-EFB P |
| Plaintiff, | **Court of Appeals No. 15-17557** |
| v. | **ORDER REVOKING FORMA PAUPERIS STATUS ON APPEAL** |
| FRANK A. McGUIRE, | |
| Defendant. | |

----oo0oo----

This matter has been referred to this court for the limited purpose of determining whether plaintiff's pending appeal is taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3). For the reasons set forth in the Magistrate Judge's Recommendation of Dismissal (Docket No. 6), the court must conclude that plaintiff's appeal is frivolous and not taken in good faith.

Plaintiff's suit is against the Clerk of the California Supreme Court, and this court's dismissal of his action was based upon the Clerk's absolute quasi-judicial immunity pursuant to Mullis v. United States Bankruptcy Court, 828 F.2d 1385, 1390-94

1

(9th Cir. 1987).  Because this court finds the appeal frivolous and not taken in good faith, it hereby REVOKES plaintiff's forma pauperis status pursuant to 28 U.S.C. § 1915(a)(3).  The Clerk of this court is ORDERED to lodge a copy of this Order with the Clerk of the United States Court of Appeals for the Ninth Circuit.

Dated:   January 7, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE